UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
UNITED STATES OF AMERICA,           :

    -against-                                      :          21-mj-07735

TYSON ROYAL,                                  :          ORDER

    Defendant                                   :
―――――――――――――――――――――x

Hon. Andrew E. Krause, United States Magistrate Judge:

The Defendant, Tyson Royal, (JID #230512), currently detained at the Westchester County Jail, Valhalla, New York, and requiring his psychiatric and medical records in defense of the above matter,

It is hereby ORDERED that the Westchester County Jail release to Defendant's counsel of record, Howard E, Tanner, Esq., within five business days of this Order:

    (1) Defendant's complete psychiatric and medical records from the time he entered into the custody of the Westchester County Jail; and

    (2) Any Federal Bureau of Prisons or other medical records for the defendant in the possession of the Westchester County Jail.

SO ORDERED:

*[signature: Andrew Krause]*

Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York

Dated: January 7. , 2022
White Plains, New York

> The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 53.